947 F.2d 936
 Pepe (Teodozia S.) Estate of Pepe (Michael J. Jr.) Pepe
(Michael III, Christopher, Julie) by Pepe (Teodozia)
v.
Shore Memorial Hosp., Delasotta (Fernando M.D.), Dunn
(Ernest Charles M.D.), Fried (Morton George M.D.) Galer
(Leonard M.D.), Gosin (Stephen M.D.), Greenwood (Henry
M.D.), Jayne (John M.D.) Kirschenfeld (Paul M.D.) Mally (S.
Stuart M.D.), Markowitz (Melvin M.D.), Nigalan (Manual
Bongolan M.D.), Portner (William Jay), Strenger (Lawrence
M.D.) Wilensky (Rayman M.D.) Weber (Fred M
 NO. 91-5334
 United States Court of Appeals,
Third Circuit.
 OCT 24, 1991
 Appeal From: D.N.J., 761
 F.Supp. 338
 
 1
 AFFIRMED.